

**Stein Mitchell**
**Cipollone Beato**
**& Missner** LLP

1100 Connecticut Avenue, NW Suite 1100　　P 202.737.7777　　www.steinmitchell.com
Washington, DC 20036　　　　　　　　　　　F 202.296.8312

September 12, 2017

Clerk of Court
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
*via* **First Class Mail**



FILED

SEP 1 8 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

　　　　Re:　*Washburn, et al. v. Equifax, Inc.*, No. 1 7-mi-99999-UNA
　　　　　　United States District Court, Northern District of Georgia

To the Clerk of the Court:

　　Pursuant to Rule 4.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I enclose copies of Plaintiffs' Notice of Related Action, Motion for Expedited Consideration of Motion to Transfer Actions, and Combined Brief in Support of Transfer Actions, filed yesterday in the above referenced matter. This matter has not yet been assigned a permanent case number, as the United States District Court for the Northern District of Georgia is currently closed due to Hurricane Irma.

Dated: September 12, 2017

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By: *Robert Gilmore (BRK)*

　　　　　　　　　　　　　　　Pat A. Cipollone
　　　　　　　　　　　　　　　Robert B. Gilmore
　　　　　　　　　　　　　　　**STEIN MITCHELL CIPOLLONE BEATO &**
　　　　　　　　　　　　　　　**MISSNER LLP**
　　　　　　　　　　　　　　　1100 Connecticut Ave., N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　Tel: 202-737-7777
　　　　　　　　　　　　　　　pcipollone@steinmitchell.com
　　　　　　　　　　　　　　　rgilmore@steinmitchell.com

1

Stein Mitchell Cipollone Beato & Missner LLP

Kenneth S. Canfield
Georgia Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree St., NE, Suite 1600
Atlanta, Georgia 30309
Tel: 404-881-8900
kcanfield@dsckd.com

Andrew N. Friedman
Douglas J. McNamara
Sally Handmaker
**COHEN MILSTEIN, SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
Tel: 202-408-4600
afriedman@cohenmilstein.com
dmcnamara@cohenmilstein.com
shandmaker@cohenmilstein.com

Adam J. Levitt
Amy E. Keller
Daniel R. Ferri
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
alevitt@dlcfirm.com
akeller@dlcfirm.com
dferri@dlcfirm.com

James Pizzirusso
**HAUSFELD**
1700 K St. NW, Suite 650
Washington, D.C. 20006
Tel: 202-540-7200
jpizzirusso@hausfeld.com

*Counsel for Plaintiffs in the Washburn Action*

2